UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 APR 27 P 2: 13
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ANTHONY OKOLOJI

v.

STATE OF CONNECTICUT,
DEPARTMENT OF SOCIAL SERVICES

3:01CV1421 (AHN)

## JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on April 16, 2004, a Ruling on Defendant's Motion for Summary Judgment was entered by the Court granting defendant's motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 27th day of April, 2004.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket _____