**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ANTHONY OKOLOJI, | : | CIVIL CASE NO. |
| Plaintiff | : | 3:01CV1421(AHN) |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT - | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
| Defendant | : | MAY 24, 2004 |

## MOTION FOR RETURN OF BOND

The plaintiff in the above-entitled matter respectfully requests that the Court pay to the plaintiff the cash bond of $500.00 he had placed with the Court at the commencement of these proceedings.

PLAINTIFF, ANTHONY OKOLOJI

BY:_____
Thomas W. Bucci, Esq.
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel. No. (203) 366-3939
Fax No. (203) 337-4598
Email: thomasbucci@earthlink.net
Federal Bar # ct07805

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the within and foregoing Motion For Return of Bond was mailed via first-class U.S. mail, postage prepaid, on this 24th day of May, 2004, to:

Beth Z. Margulies, Esq.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5385
Fed. Bar #ct08469

_____
Thomas W. Bucci