

FILED

2004 MAY 25 P 12: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ANTHONY OKOLOJI,                    :        CIVIL CASE NO.
            Plaintiff        :        3:01CV1421(AHN)
                                        :

VS.                                 :
                                    :
STATE OF CONNECTICUT -              :
DEPARTMENT OF SOCIAL SERVICES,      :
            Defendant        :        MAY 24, 2004

### MOTION FOR RETURN OF BOND

The plaintiff in the above-entitled matter respectfully requests that the Court pay to the

plaintiff the cash bond of $500.00 he had placed with the Court at the commencement of these

proceedings.

PLAINTIFF, ANTHONY OKOLOJI

BY:_____
         Thomas W. Bucci, Esq.
         WILLINGER, WILLINGER & BUCCI, P.C.
         855 Main Street
         Bridgeport, CT  06604
         Tel. No. (203) 366-3939
         Fax No. (203) 337-4598
         Email: thomasbucci@earthlink.net
         Federal Bar # ct07805

c/o ___ 20 ___ BY GRANTED

SO ORDERED

ALAN H. NEVAS, U.S.D.J.

FILED

2004 JUN -9  A 11: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN.